Kit M. Stetina (SBN 82,977)
Stephen Z. Vegh (SBN 174,713)
STETINA BRUNDA GARRED & BRUCKER
75 Enterprise, Suite 250
Aliso Viejo, CA 92656
Email: litigate@stetinalaw.com
Tel: (949) 855-1246
Fax: (949) 855-6371

Attorneys for Plaintiff
THIRTY THREE THREADS, INC.

STETINA BRUNDA GARRED & BRUCKER<br>75 ENTERPRISE, SUITE 250<br>ALISO VIEJO, CALIFORNIA 92656<br>PHONE: (949) 855-1246; FACSIMILE: (949) 855-6371

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIRTY THREE THREADS, INC., a California corporation | Case No. 3:15-cv-02606-JAH-JMA |
| Plaintiff | **VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(a)(i)** |
| vs. | |
| YOGAADDICT LLC, a Nevada limited liability company; and DOES 1-10, inclusive | |
| Defendants | |

Since an Answer has not yet been filed in this action and pursuant to a settlement between the parties, Plaintiff, Thirty Three Threads, Inc., formerly known as Toesox, Inc. (hereinafter "Plaintiff") hereby dismisses this action with prejudice against Yogaaddict LLC pursuant to Fed. R. Civ. P. 41(a)(1)(a)(i).

Dated:  July 6, 2016         STETINA BRUNDA GARRED & BRUCKER

By: /s/Kit M. Stetina
     Kit M. Stetina
     Attorneys for Plaintiff
     THIRTY THREE THREADS, INC.

VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(I)

STETINA BRUNDA GARRED & BRUCKER
75 ENTERPRISE, SUITE 250
ALISO VIEJO, CALIFORNIA 92656
PHONE: (949) 855-1246; FACSIMILE: (949) 855-6371